Certificate Number: 15317-PAE-DE-037997293

Bankruptcy Case Number: 23-13339



15317-PAE-DE-037997293

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 5, 2023, at 8:14 o'clock PM PST, Angela Lewis Kone completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   December 5, 2023                By:     /s/Jennieca Laud

                                        Name:   Jennieca Laud

                                        Title:  Credit Counselor