UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Angela Lewis-Kone<br><br>    Debtor | Chapter 13<br>Bankruptcy No.23-13339-AMC |

CERTIFICATE OF SERVICE

    I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 18th day of April, 2024, by first class mail upon those listed below:


Angela Lewis-Kone
218 Highland Avenue
Chester, PA  19013

**Electronically via CM/ECF System Only:**

MICHELLE LEE ESQUIRE
DILWORTH PAXSON LLP
1500 MARKET STREET, SUITE 3500E
PHILADELPHIA, PA  19102


                                            */s/ Kristen Gliem*
                                            Kristen Gliem
                                            for
                                            Scott F. Waterman, Esquire
                                            Standing Chapter 13 Trustee