# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Angela Lewis-Kone<br>       Debtor<br><br>Planet Home Lending, LLC, its successors and/or assigns<br>       Movant<br>  vs.<br>Angela Lewis-Kone<br>       Debtor<br><br>Scott F. Waterman<br>       Trustee | CHAPTER 13<br><br>NO. 23-13339 AMC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

 Kindly withdraw the Objection to Confirmation of Planet Home Lending, LLC, which was filed with the Court on or about December 8, 2023.

Dated: May 22, 2024

              Respectfully submitted,

            /s/Denise Carlon
            Denise Carlon, Esq.
            KML Law Group, P.C.
            BNY Mellon Independence Center
            701 Market Street, Suite 5000
            Philadelphia, PA  19106
            Phone: (215) 627-1322
            dcarlon@kmllawgroup.com