**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: Angela Lewis-Kone,** | : | **CHAPTER 13** |
| | : | |
| **DEBTOR(S).** | : | **CASE NO.: 23-13339** |

## CERTIFICATION OF SERVICE

Michelle Lee, being duly sworn according to law, served Amended Chapter 13 Plan upon the following individuals listed below on June 23, 2024 by electronic means and/or first-class mail.

cc: Kenneth West, Chapter 13 Trustee- VIA ECF

Angela Lewis-Kone
218 Highland Avenue
Chester, PA 19013


**ALL ATTORNEYS OF RECORD**
**ALL PARTIES ON CLERK'S SERVICE LIST**
**ALL CREDITORS AT THE ADDRESS LISTED ON THE MATRIX AND/OR at**
**the ADDRESS LISTED ON FILED PROOFS OF CLAIMS**
**And notice to be filed electronically with the Court, where it is available for viewing and downloading from the Court's ECF system, and that such electronic filing automatically generates a Notice of Electronic filing constituting service of the filed document upon all of the parties required by Federal Rule of Bankruptcy Procedure 3020(b)(1) and all parties that have requested service of papers in this case**.

Dated: June 23, 2024               Respectfully Submitted,

                                   /s/ Michelle Lee
                                   Michelle Lee, Esq.
                                   Dilworth Paxson LLP
                                   1500 Market Street, Suite 3500E
                                   Philadelphia, PA 19102