| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
### Chapter 13 Case No. 23-13339-AMC

| | |
|---|---|
| Angela Lewis-Kone | Petition Filed Date: 11/03/2023 |
| 218 Highland Avenue | 341 Hearing Date: 01/26/2024 |
| Chester  PA  19013 | Confirmation Date: |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 12/11/2023 | $325.00 | | 01/08/2024 | $325.00 | | 02/13/2024 | $325.00 | |
| 03/11/2024 | $325.00 | | 04/01/2024 | $325.00 | | 05/13/2024 | $325.00 | |
| 06/11/2024 | $350.00 | | 07/12/2024 | $350.00 | | | | |

**Total Receipts for the Period:  $2,650.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $3,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | GEORGETTE MILLER ESQUIRE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | NAVY FEDERAL CREDIT UNION »» 001 | Unsecured Creditors | $7,434.85 | $0.00 | $0.00 |
| 2 | NAVY FEDERAL CREDIT UNION »» 002 | Unsecured Creditors | $27,360.70 | $0.00 | $0.00 |
| 3 | PHILADELPHIA FEDERAL CREDIT UNION »» 003 | Unsecured Creditors | $11,387.31 | $0.00 | $0.00 |
| 4 | CAPITAL ONE BANK (USA) NA »» 004 | Unsecured Creditors | $600.69 | $0.00 | $0.00 |
| 5 | MERRICK BANK »» 005 | Unsecured Creditors | $1,001.27 | $0.00 | $0.00 |
| 6 | GREENSKY LLC »» 006 | Unsecured Creditors | $7,701.27 | $0.00 | $0.00 |
| 7 | PLANET HOME LENDING LLC »» 07A | Mortgage Arrears | $1,946.06 | $0.00 | $0.00 |
| 8 | AMERICAN EXPRESS NATIONAL BANK »» 008 | Unsecured Creditors | $1,166.67 | $0.00 | $0.00 |
| 9 | PNC BANK »» 009 | Unsecured Creditors | $11,957.05 | $0.00 | $0.00 |
| 10 | QUANTUM3 GROUP LLC »» 010 | Unsecured Creditors | $868.43 | $0.00 | $0.00 |
| 11 | ROLLINS ACCEPTANCE COMPANY LLC »» 011 | Unsecured Creditors | $6,463.10 | $0.00 | $0.00 |
| 0 | MICHELLE LEE ESQUIRE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 12 | MID ATLANTIC SOCIAL SECURITY CENTER »» 012 | Unsecured Creditors | $4,984.57 | $0.00 | $0.00 |
| 13 | PLANET HOME LENDING LLC »» 07B | Mortgage Arrears | $7,512.95 | $0.00 | $0.00 |

Chapter 13 Case No. 23-13339-AMC

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,000.00 | Current Monthly Payment: | $350.00 |
| Paid to Claims: | $0.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $300.00 | Total Plan Base: | $21,199.00 |
| Funds on Hand: | $2,700.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.