United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                                                      Case No. 23-13339-amc

Angela Lewis-Kone                                                                               Chapter 13

       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                                                       User: admin                                                    Page 1 of 3

Date Rcvd: Oct 10, 2024                                          Form ID: 155                                              Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Angela Lewis-Kone, 218 Highland Avenue, Chester, PA 19013-2235 |
| 14877253 | + | Christopher L. Potter, SSA, OGC - Office of Program Lit - Bankr, 6401 Security Blvd., Baltimore, MD 21235-0001 |
| 14828372 | + | Orkin - Rollins Acceptance Company, PO Box 631928, Cincinnati, OH 45263-1928 |
| 14835693 | + | Planet Home Lending,LLC, C/O Mark A. Cronin, 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 14844758 | + | Rollins Acceptance Company, LLC, 2170 Piedmont Rd NE, Atlanta, GA 30324-4135 |
| 14828375 | + | pnc bank, po box 3470, Pittsburgh, PA 15230-3470 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14828363 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Oct 11 2024 00:11:29 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 14843425 | | Email/PDF: bncnotices@becket-lee.com | Oct 11 2024 00:12:27 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14828364 | + | Email/PDF: bncnotices@becket-lee.com | Oct 11 2024 00:11:32 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14828365 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 11 2024 00:11:41 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14839091 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 11 2024 00:31:12 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14828366 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 10 2024 23:54:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14839345 | | Email/Text: bankruptcy@greenskycredit.com | Oct 10 2024 23:54:00 | Greensky,LLC, 3155 Royal Drive Suite 175, Alpharetta, GA 30022-2479 |
| 14828368 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 10 2024 23:54:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14839279 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 11 2024 00:11:14 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14828369 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 11 2024 00:11:30 | Merrick Bank/CCHoldings, Attn: Bankruptcy, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 14828371 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Oct 10 2024 23:55:00 | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrified, VA 22119-3000 |
| 14828370 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Oct 10 2024 23:55:00 | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 14834843 | | Email/Text: ext_ebn_inbox@navyfederal.org | Oct 10 2024 23:55:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 14828373 | | Email/Text: CollectionsDept@PFCU.COM | Oct 10 2024 23:54:00 | Philadelphia Federal Credit Union, Attn: |

| Recip ID | | Notice Method | Date | Name and Address |
|---|---|---|---|---|
| | | | | Bankruptcy, 12800 Townsend Road, Philadelphia, PA 19154 |
| 14843696 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 10 2024 23:54:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 14842377 | + | Email/Text: BKMAIL@planethomelending.com | Oct 10 2024 23:54:00 | Planet Home Lending, LLC, 321 Research Pkwy #303, Meriden, CT 06450-8342 |
| 14835287 | ^ | MEBN | Oct 10 2024 23:46:54 | Planet Home Lending, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14828374 | + | Email/Text: BKMAIL@planethomelending.com | Oct 10 2024 23:54:00 | Planet Home Lending, LLC, 321 Research Parkway, Suite 303, Meriden, CT 06450-8342 |
| 14843949 | | Email/Text: bnc-quantum@quantum3group.com | Oct 10 2024 23:54:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14877254 | + | Email/Text: ssa.bankruptcy@ssa.gov | Oct 10 2024 23:54:00 | Social Security Administration, SSA, OGC - Office of Program Lit - Bankr, 6401 Security Blvd., Baltimore, MD 21235-0001 |
| 14828376 | + | Email/Text: ssa.bankruptcy@ssa.gov | Oct 10 2024 23:54:00 | social security adminstration, office of general counsel, region III, 300 sping garden street, Philadelphia, PA 19123-2924 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14828367 | | Greensky/gs Bank Us |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 12, 2024          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 10, 2024 at the address(es) listed below:

**Name**                       **Email Address**

DENISE ELIZABETH CARLON
                               on behalf of Creditor PLANET HOME LENDING  LLC bkgroup@kmllawgroup.com

MICHELLE LEE
                               on behalf of Debtor Angela Lewis-Kone bky@dilworthlaw.com

SCOTT F. WATERMAN [Chapter 13]
                               ECFMail@ReadingCh13.com

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Oct 10, 2024 | Form ID: 155 | Total Noticed: 27

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
    Angela Lewis−Kone  

    Debtor(s).

Case No. 23−13339−amc

Chapter: 13

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: October 9, 2024

For The Court

Ashely M. Chan  
Chief Judge, United States Bankruptcy Court