United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-13339-amc |
| Angela Lewis-Kone | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Apr 03, 2025 | Form ID: pdf900 | Total Noticed: 32 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Angela Lewis-Kone, 218 Highland Avenue, Chester, PA 19013-2235 |
| 14877253 | + | Christopher L. Potter, SSA, OGC - Office of Program Lit - Bankr, 6401 Security Blvd., Baltimore, MD 21235-0001 |
| 14828368 | + | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14828372 | + | Orkin - Rollins Acceptance Company, PO Box 631928, Cincinnati, OH 45263-1928 |
| 14937310 | + | Planet Home Lending, LLC, C/O Mario Hanyon, 3825 Forrestgate Drive, Winston Salem, NC 27103-2930 |
| 14835693 | + | Planet Home Lending,LLC, C/O Mark A. Cronin, 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 14844758 | + | Rollins Acceptance Company, LLC, 2170 Piedmont Rd NE, Atlanta, GA 30324-4135 |
| 14828375 | + | pnc bank, po box 3470, Pittsburgh, PA 15230-3470 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 04 2025 01:41:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 04 2025 01:41:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14828363 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Apr 04 2025 01:40:25 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 14843425 | | Email/PDF: bncnotices@becket-lee.com | Apr 04 2025 01:51:05 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14828364 | + | Email/PDF: bncnotices@becket-lee.com | Apr 04 2025 01:40:48 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14828365 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 04 2025 01:40:02 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14839091 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 04 2025 01:40:45 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14828366 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 04 2025 01:41:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14839345 | | Email/Text: bankruptcy@greenskycredit.com | Apr 04 2025 01:41:00 | Greensky,LLC, 3155 Royal Drive Suite 175, Alpharetta, GA 30022-2479 |
| 14839279 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 04 2025 01:40:46 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14828369 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 04 2025 01:40:45 | Merrick Bank/CCHoldings, Attn: Bankruptcy, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 14828371 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Apr 04 2025 01:41:00 | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrified, VA 22119-3000 |
| 14828370 | + | Email/Text: ext_ebn_inbox@navyfederal.org | | |

Case 23-13339-amc   Doc 58   Filed 04/05/25   Entered 04/06/25 00:33:06   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 03, 2025 | Form ID: pdf900 | Total Noticed: 32 |

| Recip ID | Bypass | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Apr 04 2025 01:41:00 | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 14834843 | | Email/Text: ext_ebn_inbox@navyfederal.org | Apr 04 2025 01:41:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 14828373 | | Email/Text: CollectionsDept@PFCU.COM | Apr 04 2025 01:41:00 | Philadelphia Federal Credit Union, Attn: Bankruptcy, 12800 Townsend Road, Philadelphia, PA 19154 |
| 14843696 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 04 2025 01:41:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 14937152 | + | Email/Text: BKMAIL@planethomelending.com | Apr 04 2025 01:41:00 | Planet Home Lending, LLC, 10 Research Parkway, Suite 2, Wallingford, Connecticut 06492-1963 |
| 14842377 | + | Email/Text: BKMAIL@planethomelending.com | Apr 04 2025 01:41:00 | Planet Home Lending, LLC, 321 Research Pkwy #303, Meriden, CT 06450-8342 |
| 14835287 | ^ | MEBN | Apr 04 2025 01:33:48 | Planet Home Lending, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14828374 | + | Email/Text: BKMAIL@planethomelending.com | Apr 04 2025 01:41:00 | Planet Home Lending, LLC, 321 Research Parkway, Suite 303, Meriden, CT 06450-8342 |
| 14937151 | + | Email/Text: EBN@brockandscott.com | Apr 04 2025 01:41:00 | Planet Home Lending, LLC, C/O Brock and Scott, PLLC, Attorneys at Law, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 14843949 | | Email/Text: bnc-quantum@quantum3group.com | Apr 04 2025 01:41:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14877254 | + | Email/Text: ssa.bankruptcy@ssa.gov | Apr 04 2025 01:41:00 | Social Security Administration, SSA, OGC - Office of Program Lit - Bankr, 6401 Security Blvd., Baltimore, MD 21235-0001 |
| 14828376 | + | Email/Text: ssa.bankruptcy@ssa.gov | Apr 04 2025 01:41:00 | social security adminstration, office of general counsel, region III, 300 sping garden street, Philadelphia, PA 19123-2924 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14828367 | | Greensky/gs Bank Us |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 05, 2025        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 3, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor PLANET HOME LENDING LLC bkgroup@kmllawgroup.com |
| MARIO J. HANYON | on behalf of Creditor PLANET HOME LENDING LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| MICHELLE LEE | on behalf of Debtor Angela Lewis-Kone bky@dilworthlaw.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| STEPHEN R. STARKS | on behalf of Creditor PLANET HOME LENDING LLC ryan.starks@brockandscott.com, wbecf@brockandscott.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    ANGELA LEWIS-KONE,    :    CHAPTER 13
:
:
DEBTOR    :    BANKRUPTCY No. 23-13339 AMC

ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR
APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

AND NOW, consideration of the Motion to Dismiss Case filed by Scott F. Waterman, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby ORDERED that:

1. This chapter 13 bankruptcy case is DISMISSED.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are VACATED.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

6. **Promptly after the expiration of the time period set forth in Paragraph 5 above, Counsel for the Debtor shall file either**: (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (b) a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or, (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326 (a)(2).

BY THE COURT:

_____
THE HONORABLE ASHELY M. CHAN

Dated: April 3, 2025